**From:** Alex Eichhorn
**Sent:** Tuesday, July 2, 2024 12:31 PM
**To:** Scott E. Wade <scott.wade@vonbriesen.com>
**Subject:** RE: Pica

Scott,

Yes. We must specify $75,000 to trust for meds. The remainder strictly for PPD.

Alex

---

**From:** Scott E. Wade <scott.wade@vonbriesen.com>
**Sent:** Tuesday, July 2, 2024 12:07 PM
**To:** Alex Eichhorn <alex@tabakattorneys.com>
**Subject:** RE: Pica

External (scott.wade@vonbriesen.com)

Report This Email   FAQ   Skout Email Protection

Isn't some portion for medical bills?

**Scott E. Wade | von Briesen & Roper, s.c.**
Direct: 414-221-6642 | scott.wade@vonbriesen.com

---

**From:** Alex Eichhorn <alex@tabakattorneys.com>
**Sent:** Tuesday, July 2, 2024 11:58 AM
**To:** Scott E. Wade <scott.wade@vonbriesen.com>
**Subject:** [EXTERNAL] RE: Pica

Scott,

I ask that the Compromise specify that the $90,000 is strictly for PPD. This will reduce the risk of LTD asking for repayment.

Alex

---

**From:** Scott E. Wade <scott.wade@vonbriesen.com>
**Sent:** Tuesday, July 2, 2024 11:41 AM
**To:** Alex Eichhorn <alex@tabakattorneys.com>
**Subject:** RE: Pica

They accept.  I'll write it up.  Please ask the ALJ to take the hearing off of the docket.

Thanks,

**Scott E. Wade | von Briesen & Roper, s.c.**
Direct: 414-221-6642 | scott.wade@vonbriesen.com

---

**From:** Alex Eichhorn <alex@tabakattorneys.com>
**Sent:** Monday, July 1, 2024 1:38 PM
**To:** Scott E. Wade <scott.wade@vonbriesen.com>
**Subject:** [EXTERNAL] RE: Pica

Scott,

I can get this done at $90,000.00. Let me know if we have a deal.

Alex

---

**From:** Scott E. Wade <scott.wade@vonbriesen.com>
**Sent:** Friday, June 21, 2024 4:36 PM
**To:** Alex Eichhorn <alex@tabakattorneys.com>
**Subject:** RE: Pica


My clients have given me authority to counter at $85,000, FF. They are seriously and legitimately concerned about overpaying and leaving your client with a windfall. No way the VA makes him pay. A big move for them and likely their best offer.

Please let me know whether this is acceptable. If so, I'll write it up and then please ask to have the 8/5 hearing cancelled.

Thanks,

**Scott E. Wade | von Briesen & Roper, s.c.**
Direct: 414-221-6642 | scott.wade@vonbriesen.com

---

**From:** Alex Eichhorn <alex@tabakattorneys.com>
**Sent:** Thursday, June 13, 2024 3:40 PM
**To:** Scott E. Wade <scott.wade@vonbriesen.com>
**Subject:** [EXTERNAL] RE: Pica

Scott,

I am hopeful the VA doesn't come after Mr. Pica in the future. However, there is always a risk. Is your client willing to do an HH?

Nevertheless, If not, I can respond with a substantially revised Demand of $95,000 FFCA with Mr. Pica accepting the future potential risk.

Thank you,

*Alex E. Eichhorn*

**Partner/Attorney**
Tabak Law, LLC
6045 N. Green Bay Avenue
Glendale, WI 53209
Tel:  414-351-4400
Fax: 414-727-9973
alex@tabakattorneys.com
www.tabakattorneys.com
Please leave us a review at: https://review.getciville.com/tabak/



********** Confidentiality Notice **********

This electronic transmission and any attached documents or other writings are confidential and are for the sole use of the intended recipient(s) identified above. This message may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law. If the receiver of this information is not the intended recipient, or the employee, or agent responsible for delivering the information to the intended recipient, you are hereby notified that any use, reading, dissemination, distribution, copying or storage of this information is strictly prohibited. If you have received this information in error, please notify the sender by return email and delete the electronic transmission, including all attachments from your system.

**From:** Scott E. Wade <scott.wade@vonbriesen.com>
**Sent:** Thursday, June 13, 2024 8:37 AM
**To:** Alex Eichhorn <alex@tabakattorneys.com>
**Subject:** RE: Pica

What are your thoughts on the VA bill?

Thanks,

**Scott E. Wade | von Briesen & Roper, s.c.**
Direct: 414-221-6642 | scott.wade@vonbriesen.com

---

**From:** Alex Eichhorn <alex@tabakattorneys.com>
**Sent:** Tuesday, June 11, 2024 10:16 AM
**To:** Scott E. Wade <scott.wade@vonbriesen.com>
**Subject:** [EXTERNAL] RE: Pica

Scott,

106k in outstanding meds. I can respond at 175k FFCA.

AE

---

**From:** Scott E. Wade <scott.wade@vonbriesen.com>
**Sent:** Monday, June 10, 2024 3:05 PM
**To:** Alex Eichhorn <alex@tabakattorneys.com>
**Subject:** Pica

I have authority to counter at $25,000, FF.

Thanks,

**Scott E. Wade | Attorney**
**von Briesen & Roper, s.c.**
20975 Swenson Drive, Suite 400
Waukesha, WI 53186

---

Direct: 414-221-6642
Fax: 414-249-2628
scott.wade@vonbriesen.com | vcard | bio
vonbriesen.com

---

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

This message (including attachments) is privileged and confidential. If you are not the intended

recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.