| From: | Alex Eichhorn |
|---|---|
| To: | Burtch, Marissa - DOA; Scott E. Wade |
| Subject: | Re: Jason Pica v. Wacker Neuson Corp.; WC Claim No. 2016-014792 |
| Date: | Wednesday, August 7, 2024 3:55:33 PM |
| Attachments: | image001.png |

Judge Burtch,

Yes all known, outstanding bills will be covered.

Alex Eichhorn

**From:** Burtch, Marissa - DOA <marissa.burtch1@wisconsin.gov>
**Sent:** Wednesday, August 7, 2024 3:25 PM
**To:** Scott E. Wade <swade@vonbriesen.com>; Alex Eichhorn <alex@tabakattorneys.com>
**Subject:** RE: Jason Pica v. Wacker Neuson Corp.; WC Claim No. 2016-014792

External (marissa.burtch1@wisconsin.gov)

Report This Email   FAQ   Skout Email Protection

Attorney Eichhorn,

I have reviewed the compromise agreement in this matter, and I have a follow up question for you. I note that the agreement does set aside a large amount for medical expenses, but since there is no WKC-3 in the file, can you please simply confirm that the amount set aside is expected to cover all outstanding medical expenses so I can note that for my file? Thank you.



**Marissa L. Burtch |** Administrative Law Judge
Office of Worker's Compensation Hearings
Division of Hearings and Appeals
State of Wisconsin Department of Administration
marissa.burtch1@wisconsin.gov

**CONFIDENTIALITY NOTICE**\*\* This email and any files transmitted with it are property of the DOA-Division of Hearings and Appeals, Office of Worker's Compensation Hearings. It is confidential and intended solely for the use of the individuals or entity to whom it is addressed. If you have received this email in error please notify the sender immediately.