STATE OF WISCONSIN
DIVISION OF HEARINGS AND APPEALS
OFFICE OF WORKER'S COMPENSATION HEARINGS
P.O. BOX 7922
MADISON, WISCONSIN 53707-7922
(608) 266-7709


2016-014792


JASON PICA
8773 CHERRY SPRING DR
CORDOVA TN 38016

Applicant,

vs.                                                   PLEASE SEE ENCLOSURE


WACKER NEUSON CORP
N92W15000 ANTHONY AVE
MENOMONEE FALLS WI 53051

Respondent,


AMERICAN ZURICH INS CO
C/O GALLAGHER BASSETT SERVICES INC
PO BOX 2934
CLINTON IA 52733-2934

Insurance Carrier.


---oOo---


This matter comes before the Division of Hearings and Appeals upon compromise

agreement entered into between the parties in writing, by which it is agreed to adjust the

applicant's claim based upon injury or alleged injury of January 4, 2016.

It is found that a valid dispute exists between the parties, which is proper subject matter for

compromise.

Upon the compromise agreement made,

NOW, THEREFORE, this:

## O R D E R

Within twenty-one days from date, respondent and insurance carrier shall pay to the applicant, Jason Pica, the sum of Eleven thousand six hundred three dollars and seventy-six cents ($11,603.76) as compensation; to applicant's attorney, Attorney Alex E. Eichhorn, the sum of Three thousand dollars and no cents ($3,000.00) as attorney's fees plus the sum of Three hundred ninety-six dollars and twenty-four cents ($396.24) as reimbursement for costs; and to the Tabak Law LLC Trust Account, the sum of Seventy-five thousand dollars and no cents ($75,000.00) for satisfaction of outstanding medical expenses. After resolution of the medical expenses, if there are funds remaining, the balance shall be divided eighty (80) percent to the applicant and twenty (20) percent to the applicant's attorney as an additional attorney's fee.

The terms and limitations, if any, contained in the agreement of the parties are incorporated by reference as though set forth herein in full.

Dated and mailed at Milwaukee, Wisconsin

this ___9th___ day of ___August___, 2024.

Marissa L. Burtch, Administrative Law Judge

PicaJasonMLBemgFA

cc:
ATTORNEY ALEX E EICHHORN
6045 N GREEN BAY AVE
GLENDALE WI 53209

ATTORNEY SCOTT E WADE
20975 SWENSON DR STE 400
WAUKESHA WI 53186

## M E M O R A N D U M

The employee has the right to petition the Division of Hearings and Appeals to set aside or modify this compromise agreement within one year of its approval by the division. The division may set aside or modify the compromise agreement. The right to request the division to set aside or modify the compromise agreement does not guarantee that the compromise will in fact be reopened.