# CLIENT LEDGER

**CLIENT:**     __Jason Pica__

**MATTER:**     __WC__

| DATE | CK NO. | TRANSACTION | DEPOSITS | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 8/21/2024 | D | Gallagher Bassett Check | $75,000 | | $75,000 |
| 8/26/24 | 3384 | Jason Pica | | $60,000 | $15,000 |
| 8/26/24 | 3385 | Tabak Law LLC | | $15,000 | -0- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



IOLTA BUSINESS CHECKING ACCT
XXXXXX7570



**Amount:** $-60,000.00
**Statement Description:** CHECK
**Check Number:** 3384
**Posted Date:** 10/15/2024
**Type:** Debit
**Status:** Posted

