| | |
|---|---|
| **From:** | Alex Eichhorn |
| **To:** | Slaukstins-Byrkit, Kaija (OGC) |
| **Cc:** | Graham, D"Anthony M. (OGC) |
| **Subject:** | [EXTERNAL] Re: VA Case 505896 Payment Demand. |
| **Date:** | Thursday, November 14, 2024 8:35:55 AM |
| **Attachments:** | image001.jpg |
| | image002.jpg |

Hello,

My office took this claim over from Becker French, we do not and did not have a lien notice on file. During our last communication with Mr. Pica, he indicated that he was in the process of filing Chapter 7 Bankruptcy.

All funds have been distributed directly to Mr. Pica.

Alex

**From:** Slaukstins-Byrkit, Kaija (OGC) <Kaija.Slaukstins-Byrkit@va.gov>
**Sent:** Thursday, November 14, 2024 8:08 AM
**To:** Alex Eichhorn <alex@tabakattorneys.com>
**Cc:** Graham, D'Anthony M. (OGC) <D'Anthony.Graham@va.gov>
**Subject:** RE: VA Case 505896 Payment Demand.

Attorney Eichhorn,

The settlement agreement allows for $75,000.00 for medical expenses. As you are well aware, the VA has provided care in the amount of $112,917.05. I have been communicating with your law firm on this case since 2022, providing updated ledger when requested. Please pay the amount of $75,000.00 within 14 days. I have included my assigned attorney D'Anthony Graham. Please include him in all emails. Payment instructions are below:

Electronic payments (ACH debit only) may be submitted online:
https://www.pay.gov/public/form/start/1152111181

You will need the IDENTIFICATION NUMER 695-P-20211104-113538, Veteran name, the payment amount, and payment information. You may need to provide your bank with the Company ID: 3600120083 for the initial transaction.

If you are unable to submit electronic payments, you may submit payment by check, payable to the Department of Veterans Affairs. Please forward the compromise check to:

**North Central CPAC**
*Attn: Cash Management*
*PO BOX 5402*

Madison, WI 53705

**Check must state the IDENTIFICATION TITLE 695-P-20211104-113538 IN the MEMO SECTION to ensure proper processing. See memo header for IDENTIFICATION TITLE.**

Best regards,


Kaija Slaukstins-Byrkit
Paralegal Specialist
Department of Veterans Affairs
Office of General Counsel
Revenue Law Group
Office: (202) 815-9324
Email: Kaija.Slaukstins-Byrkit@va.gov

**Please provide your feedback by clicking on the link below:**
HOW WAS OUR SERVICE TODAY?

Please visit OGC's public website for important information about the VA's legal revenue program, including FAQs and how to request bills and records.
http://www.va.gov/ogc/collections.asp

Did you know that Veterans can access and download their own health records? Check out: https://www.myhealth.va.gov/mhv-portal-web/web/myhealthevet/download-your-own-va-medical-records; you will also find helpful VA resources at: https://www.vets.gov/

---

**From:** Alex Eichhorn <alex@tabakattorneys.com>
**Sent:** Tuesday, November 12, 2024 10:20 AM
**To:** Slaukstins-Byrkit, Kaija (OGC) <Kaija.Slaukstins-Byrkit@va.gov>
**Subject:** [EXTERNAL] Re: VA Case 505896 Status

Attached, unfortunately we do not.

Alex

---

**From:** Slaukstins-Byrkit, Kaija (OGC) <Kaija.Slaukstins-Byrkit@va.gov>
**Sent:** Tuesday, November 12, 2024 10:14 AM
**To:** Alex Eichhorn <alex@tabakattorneys.com>
**Subject:** RE: VA Case 505896 Status

Thanks for the reply. Could you please provide a copy of the settlement agreement? Do you have a point of contact at Gallagher Bassett?

Kaija Slaukstins-Byrkit
Paralegal Specialist
Department of Veterans Affairs
Office of General Counsel
Revenue Law Group
Office: (202) 815-9324
Email: Kaija.Slaukstins-Byrkit@va.gov

**Please provide your feedback by clicking on the link below:**
HOW WAS OUR SERVICE TODAY?

Please visit OGC's public website for important information about the VA's legal revenue program, including FAQs and how to request bills and records.
http://www.va.gov/ogc/collections.asp

Did you know that Veterans can access and download their own health records? Check out: https://www.myhealth.va.gov/mhv-portal-web/web/myhealthevet/download-your-own-va-medical-records; you will also find helpful VA resources at: https://www.vets.gov/

**From:** Alex Eichhorn <alex@tabakattorneys.com>
**Sent:** Tuesday, November 12, 2024 9:41 AM
**To:** Slaukstins-Byrkit, Kaija (OGC) <Kaija.Slaukstins-Byrkit@va.gov>
**Subject:** [EXTERNAL] Re: VA Case 505896 Status

Kaija,

Thank you for your patience.

As an update, Mr. Pica's workers compensation claim was settled, and funds were distributed to him on 7/2/24.

WC Insurance: Gallagher Bassett

Alex E

**From:** Slaukstins-Byrkit, Kaija (OGC) <Kaija.Slaukstins-Byrkit@va.gov>
**Sent:** Tuesday, November 5, 2024 2:54 PM
**To:** Alex Eichhorn <alex@tabakattorneys.com>
**Subject:** FW: VA Case 505896 Status

Attorney Eichhorn,

Thanks for taking my call. Please let me know the status of the case for Jason Pica. I understand you said that you no longer have his file and you would have to look into it. I would appreciate that. If the case settled, please provide the settlement agreement. In reviewing my notes, it appears that we did not have the correct contact information for the Workers Compensation insurance. Please provide that as well.

I hope to hear from you soon.

Sincerely,

Kaija Slaukstins-Byrkit
Paralegal Specialist
Department of Veterans Affairs
Office of General Counsel
Revenue Law Group
Office: (202) 815-9324
Email: Kaija.Slaukstins-Byrkit@va.gov

**Please provide your feedback by clicking on the link below:**
HOW WAS OUR SERVICE TODAY?

Please visit OGC's public website for important information about the VA's legal revenue program, including FAQs and how to request bills and records.
http://www.va.gov/ogc/collections.asp

Did you know that Veterans can access and download their own health records? Check out: https://www.myhealth.va.gov/mhv-portal-web/web/myhealthevet/download-your-own-va-medical-records; you will also find helpful VA resources at: https://www.vets.gov/

---

**From:** Slaukstins-Byrkit, Kaija (OGC)
**Sent:** Sunday, October 29, 2023 5:30 PM
**To:** 'Alex Eichhorn' <alex@tabakattorneys.com>
**Subject:** VA Case 505896 Status
**Importance:** High

Attorney Eichhorn,

What is the status of the case for J. Pica. I had no reply from my email below.

Kaija Slaukstins-Byrkit
Paralegal Specialist
Department of Veterans Affairs

Office of General Counsel
Revenue Law Group
Office: (202) 815-9324
Facsimile: (202) 495-5043

**Please provide your feedback by clicking on the link below:**
**HOW WAS OUR SERVICE TODAY?**

Please visit OGC's public website for important information about the VA's legal revenue program, including FAQs and how to request bills and records.
http://www.va.gov/ogc/collections.asp

Did you know that Veterans can access and download their own health records? Check out: https://www.myhealth.va.gov/mhv-portal-web/web/myhealthevet/download-your-own-va-medical-records; you will also find helpful VA resources at: https://www.vets.gov/

---

**From:** Slaukstins-Byrkit, Kaija (OGC)
**Sent:** Sunday, September 4, 2022 8:30 AM
**To:** Jelayna Carrasquillo <jelayna@tabakattorneys.com>
**Cc:** Alex Eichhorn <alex@tabakattorneys.com>
**Subject:** VA Case 505896 Updated Claim

Good morning Jelayna,

Attached is an updated ledger of billed charges for Jason Pica. The facility continues to bill until they are informed of the last date of treatment. Per your email on 5/19/22 you were going to review and get back to me. Have you determined the last date of treatment?

Best Regards,

Kaija Slaukstins-Byrkit
Paralegal Specialist
Department of Veterans Affairs
Office of General Counsel
Revenue Law Group
Office: (202) 815-9324
Facsimile: (202) 495-5043

**Please provide your feedback by clicking on the link below:**
**HOW WAS OUR SERVICE TODAY?**

Please visit OGC's public website for important information about the VA's legal revenue program, including FAQs and how to request bills and records.

http://www.va.gov/ogc/collections.asp

**Did you know that Veterans can access and download their own health records? Check out:** https://www.myhealth.va.gov/mhv-portal-web/web/myhealthevet/download-your-own-va-medical-records; **you will also find helpful VA resources at:** https://www.vets.gov/

---

**From:** Slaukstins-Byrkit, Kaija (OGC)
**Sent:** Thursday, May 19, 2022 9:17 AM
**To:** Jelayna Carrasquillo <jelayna@tabakattorneys.com>
**Subject:** RE: [EXTERNAL] Jason Pica Update

Thanks for the reply. After your review, please let me know if for this case whether or not you are including treatment after DOS 10/19/2021. I need to let the facility know whether or not to continue billing for the case.

Kaija Slaukstins-Byrkit
Paralegal Specialist
Department of Veterans Affairs
Office of General Counsel
Revenue Law Group
Office: (202) 815-9324
Facsimile: (202) 495-5043

**Please provide your feedback by clicking on the link below:**
HOW WAS OUR SERVICE TODAY?

Please visit OGC's public website for important information about the VA's legal revenue program, including FAQs and how to request bills and records.
http://www.va.gov/ogc/collections.asp

**Did you know that Veterans can access and download their own health records? Check out:** https://www.myhealth.va.gov/mhv-portal-web/web/myhealthevet/download-your-own-va-medical-records; **you will also find helpful VA resources at:** https://www.vets.gov/

---

**From:** Jelayna Carrasquillo <jelayna@tabakattorneys.com>
**Sent:** Thursday, May 19, 2022 9:08 AM
**To:** Slaukstins-Byrkit, Kaija (OGC) <Kaija.Slaukstins-Byrkit@va.gov>
**Subject:** RE: [EXTERNAL] Jason Pica Update

Hi Kaija,

I would have to go through the medical records to verify. But likely they are related. 10/19/2021 is the last date of active treatment. The treating practitioner assessed Mr. Pica at MMI, or maximum

medical improvement as of 10/19/21. Ongoing maintenance treatment could be recommended and that's what the services after 10/19/21 could be.


Thank you,



**Paralegal to Attorney Alex E Eichhorn**
Tabak Law, LLC
6045 N. Green Bay Avenue
Glendale, WI 53209
Tel:  414-368-1545
Fax: 800-245-9879
Jelayna@tabakattorneys.com
www.tabakattorneys.com
Please leave us a review at: https://review.getciville.com/tabak/



********** Confidentiality Notice **********
This electronic transmission and any attached documents or other writings are confidential and are for the sole use of the intended recipient(s) identified above. This message may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law. If the receiver of this information is not the intended recipient, or the employee, or agent responsible for delivering the information to the intended recipient, you are hereby notified that any use, reading, dissemination, distribution, copying or storage of this information is strictly prohibited. If you have received this information in error, please notify the sender by return email and delete the electronic transmission, including all attachments from your system.

---

**From:** Slaukstins-Byrkit, Kaija (OGC) <Kaija.Slaukstins-Byrkit@va.gov>
**Sent:** Thursday, May 19, 2022 6:43 AM
**To:** Jelayna Carrasquillo <jelayna@tabakattorneys.com>
**Subject:** RE: [EXTERNAL] Jason Pica Update

Thanks for the reply.  On the ledger of billed charges that I sent on 4/29/22 has charges through 2/25/22.  Are you saying that anything after DOS 10/19/21 is unrelated?

Kaija Slaukstins-Byrkit

Paralegal Specialist
Department of Veterans Affairs
Office of General Counsel
Revenue Law Group
Office: (202) 815-9324
Facsimile: (202) 495-5043

**Please provide your feedback by clicking on the link below:**
HOW WAS OUR SERVICE TODAY?

Please visit OGC's public website for important information about the VA's legal revenue program, including FAQs and how to request bills and records.
http://www.va.gov/ogc/collections.asp

Did you know that Veterans can access and download their own health records? Check out: https://www.myhealth.va.gov/mhv-portal-web/web/myhealthevet/download-your-own-va-medical-records; you will also find helpful VA resources at: https://www.vets.gov/

---

**From:** Jelayna Carrasquillo <jelayna@tabakattorneys.com>
**Sent:** Wednesday, May 18, 2022 3:56 PM
**To:** Slaukstins-Byrkit, Kaija (OGC) <Kaija.Slaukstins-Byrkit@va.gov>
**Subject:** RE: [EXTERNAL] Jason Pica Update

10/19/2021


Thank you,

*Jelayna Carrasquillo*

**Paralegal to Attorney Alex E Eichhorn**
Tabak Law, LLC
6045 N. Green Bay Avenue
Glendale, WI 53209
Tel: 414-368-1545
Fax: 800-245-9879
Jelayna@tabakattorneys.com
www.tabakattorneys.com
Please leave us a review at: https://review.getciville.com/tabak/



********** Confidentiality Notice **********

This electronic transmission and any attached documents or other writings are confidential and are for the sole use of the intended recipient(s) identified above. This message may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law. If the receiver of this information is not the intended recipient, or the employee, or agent responsible for delivering the information to the intended recipient, you are hereby notified that any use, reading, dissemination, distribution, copying or storage of this information is strictly prohibited. If you have received this information in error, please notify the sender by return email and delete the electronic transmission, including all attachments from your system.

**From:** Slaukstins-Byrkit, Kaija (OGC) <Kaija.Slaukstins-Byrkit@va.gov>
**Sent:** Wednesday, May 18, 2022 3:54 PM
**To:** Jelayna Carrasquillo <jelayna@tabakattorneys.com>
**Subject:** RE: [EXTERNAL] Jason Pica Update

Can you please tell me the last date of treatment related to the accident?

Kaija Slaukstins-Byrkit
Paralegal Specialist
Department of Veterans Affairs
Office of General Counsel
Revenue Law Group
Office: (202) 815-9324
Facsimile: (202) 495-5043

**Please provide your feedback by clicking on the link below:**
HOW WAS OUR SERVICE TODAY?

Please visit OGC's public website for important information about the VA's legal revenue program, including FAQs and how to request bills and records.
http://www.va.gov/ogc/collections.asp

Did you know that Veterans can access and download their own health records? Check out: https://www.myhealth.va.gov/mhv-portal-web/web/myhealthevet/download-your-own-va-medical-records; you will also find helpful VA resources at: https://www.vets.gov/

**From:** Jelayna Carrasquillo <jelayna@tabakattorneys.com>

**Sent:** Wednesday, May 18, 2022 3:42 PM
**To:** Slaukstins-Byrkit, Kaija (OGC) <Kaija.Slaukstins-Byrkit@va.gov>
**Subject:** RE: [EXTERNAL] Jason Pica Update

Hello,

No he is not treating. We are currently in the process of gathering evidence.

Thank you,

*Jelayna Carrasquillo*

**Paralegal to Attorney Alex E Eichhorn**
Tabak Law, LLC
6045 N. Green Bay Avenue
Glendale, WI 53209
Tel:  414-368-1545
Fax: 800-245-9879
Jelayna@tabakattorneys.com
www.tabakattorneys.com
Please leave us a review at: https://review.getciville.com/tabak/



********** Confidentiality Notice **********
This electronic transmission and any attached documents or other writings are confidential and are for the sole use of the intended recipient(s) identified above. This message may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law. If the receiver of this information is not the intended recipient, or the employee, or agent responsible for delivering the information to the intended recipient, you are hereby notified that any use, reading, dissemination, distribution, copying or storage of this information is strictly prohibited. If you have received this information in error, please notify the sender by return email and delete the electronic transmission, including all attachments from your system.

**From:** Slaukstins-Byrkit, Kaija (OGC) <Kaija.Slaukstins-Byrkit@va.gov>
**Sent:** Wednesday, May 18, 2022 3:14 PM
**To:** Jelayna Carrasquillo <jelayna@tabakattorneys.com>
**Subject:** RE: [EXTERNAL] Jason Pica Update

Hi Jelayna,

Thanks for the update. Is he still treating?

Kaija Slaukstins-Byrkit
Paralegal Specialist
Department of Veterans Affairs
Office of General Counsel
Revenue Law Group
Office: (202) 815-9324
Facsimile: (202) 495-5043

**Please provide your feedback by clicking on the link below:**
HOW WAS OUR SERVICE TODAY?

Please visit OGC's public website for important information about the VA's legal revenue program, including FAQs and how to request bills and records.
http://www.va.gov/ogc/collections.asp

Did you know that Veterans can access and download their own health records? Check out: https://www.myhealth.va.gov/mhv-portal-web/web/myhealthevet/download-your-own-va-medical-records; you will also find helpful VA resources at: https://www.vets.gov/

---

**From:** Jelayna Carrasquillo <jelayna@tabakattorneys.com>
**Sent:** Monday, May 16, 2022 10:07 AM
**To:** Slaukstins-Byrkit, Kaija (OGC) <Kaija.Slaukstins-Byrkit@va.gov>
**Subject:** [EXTERNAL] Jason Pica Update

Hello Kaija,

We received your request for an update on this client. We are currently in the process of gathering evidence for his work comp claim. Please feel free to reach out to me with any further questions or concerns regarding Jason Pica (DOB REDACTED).

Thank you,

*Jelayna Carrasquillo*

**Paralegal to Attorney Alex E Eichhorn**
Tabak Law, LLC

6045 N. Green Bay Avenue
Glendale, WI 53209
Tel: 414-368-1545
Fax: 800-245-9879
Jelayna@tabakattorneys.com
www.tabakattorneys.com
Please leave us a review at: https://review.getciville.com/tabak/



********** Confidentiality Notice **********

This electronic transmission and any attached documents or other writings are confidential and are for the sole use of the intended recipient(s) identified above. This message may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law. If the receiver of this information is not the intended recipient, or the employee, or agent responsible for delivering the information to the intended recipient, you are hereby notified that any use, reading, dissemination, distribution, copying or storage of this information is strictly prohibited. If you have received this information in error, please notify the sender by return email and delete the electronic transmission, including all attachments from your system.

 Virus-free. www.avast.com