UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                 Case No. 25-CV-584

ALEX E. EICHHORN, GALLAGHER
BASSETT SERVICES, INC., SCOTT WADE,
and TABAK LAW, LLC,

       Defendants.

## STIPULATION FOR ORDER OF DISMISSAL

       The plaintiff, the United States of America, by and through its undersigned counsel, and the defendants, Alex E. Eichhorn, Gallagher Bassett Services, Inc., Scott Wade, and Tabak Law, LLC, by and through their respective undersigned counsel, hereby stipulate to entry of an order dismissing this action with prejudice pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure, with each party being responsible for its own costs and fees.

       Dated this 1st day of July 2025.

                               BY: */s/ Aaron R. Wegrzyn*
                               Aaron R. Wegrzyn
                               Assistant United States Attorney
                               State Bar No. 1094262
                               UNITED STATES ATTORNEY'S OFFICE
                               517 East Wisconsin Avenue
                               Milwaukee, WI 53202
                               (414) 297-1700
                               aaron.wegrzyn@usdoj.gov
                               *Counsel for the United States of America*

BY: */s/ Nola Hitchcock Cross*
Nola Hitchcock Cross
State Bar No. 1015817
CROSS LAW FIRM, S.C.
845 North 11th Street
Milwaukee, WI 53233
(414) 850-6399
njhcross@crosslawfirm.com
*Counsel for Alex E. Eichhorn*


BY: */s/ Steven M. Biskupic*
Steven M. Biskupic
State Bar No. 1018217
STEVEN BISKUPIC LAW OFFICE LLC
P.O. Box 56
Thiensville, WI 53092
(414) 828-7233
bisklaw@outlook.com
*Counsel for Gallagher Bassett Services, Inc.*


BY: */s/ Christopher J. Conrad*
Christopher J. Conrad
State Bar No. 1011743
DEMARK, KOLBE & BRODEK S.C.
7418 Washington Avenue
Racine, WI 53406
chrisc@dkblaw.com
*Counsel for Tabak Law, LLC*


BY: /*s/ Terry E. Johnson*
Terry E. Johnson
State Bar No. 1016704
VON BRIESEN & ROPER, S.C.
411 East Wisconsin Avenue
Suite 1000
Milwaukee, WI 53202
(414) 221-6605
terry.johnson@vonbriesen.com
*Counsel for Scott Wade*

2